United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    JOHN SOLARI, et al.,                        Case No. 16-cv-00074-DMR

8              Plaintiffs,

9         v.                                      **ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE**

10   WELLS FARGO BANK, N.A., et al.,

11             Defendants.

12

13        Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the court refers this

14   foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone

15   conference to assess this case's suitability for mediation or a settlement conference.  Plaintiffs and

16   defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR Unit

17   as soon as possible but no later than January 27, 2016.

18        Plaintiffs and defendant's counsel shall be prepared to discuss the following subjects:

19        1.   Identification and description of claims and alleged defects in loan documents.

20        2.   Prospects for loan modification.

21        3.   Prospects for settlement.

22        The parties need not submit written materials to the ADR Unit for the telephone

23   conference.

24        In preparation for the telephone conference, plaintiffs shall do the following:

25        1.   Review relevant loan documents and investigate the claims to determine whether

26             they have merit.

27        2.   If plaintiffs are seeking a loan modification to resolve all or some of the claims,

28             plaintiffs shall prepare a current, accurate financial statement and gather all of the

1   information and documents customarily needed to support a loan modification

2   request.  Further, plaintiffs shall immediately notify defendants' counsel of the

3   request for a loan modification.

4     3.  Provide counsel for defendants with information necessary to evaluate the

5     prospects for loan modification, in the form of a financial statement, worksheet or

6     application customarily used by financial institutions.

7   In preparation for the telephone conference, counsel for defendants shall do the following.

8     1.  If defendants are unable or unwilling to do a loan modification after receiving

9     notice of plaintiff's request, counsel for defendants shall promptly notify plaintiff to

10     that effect.

11     2.  Arrange for a representative of each defendant with full settlement authority to

12     participate in the telephone conference.

13   The ADR Unit will notify the parties of the date and time that the telephone conference

14   will be held. After the telephone conference, the ADR Unit will advise the court of its

15   recommendation for further ADR proceedings.

16   **IT IS SO ORDERED.**

17

18   Dated: January 12, 2016

19   _____

20   DONNA M. RYU
     United States Magistrate Judge



21

22

23

24

25

26

27

28

United States District Court
Northern District of California