UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JOHN SOLARI and DIANE SOLARI;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; and DOES 1 through 50, inclusive;<br><br>　　　　　Defendants. | CASE NO.: 4:16-CV-00074-JSW<br><br>[*Assigned To District Judge Jeffrey S. White*]<br><br>**ORDER GRANTING WELLS FARGO BANK, N.A.'S REQUEST MADE IN REPORT ON STATUS OF SETTLEMENT** |

The Court, having reviewed and considered the Report on Status of Settlement (Document No. 21) filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), hereby orders as follows:

/ / /

/ / /

/ / /

A notice of voluntary dismissal or stipulation for dismissal shall be filed for this matter, pursuant to Federal Rules of Civil Procedure, Rule 41, by March 24, 2016—i.e. fourteen (14) days after when the Status Report was filed.

.

DATED: March 15, 2016

HON. JEFFREY S. WHITE
UNITED STATES MAGISTRATE JUDGE